# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA



FILED
NOV 6 2019

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ae_____,DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No. CR-19-137-G |
| COLTEN RAY ROGERS, | ) ) | Violations: 18 U.S.C. § 922(o) |
| | ) | 26 U.S.C. § 5861(d) |
| Defendant. | ) | 18 U.S.C. § 924(d) |
| | ) | 26 U.S.C. § 5872 |
| | ) | 28 U.S.C. § 2461(c) |

## S U P E R S E D I N G   I N D I C T M E N T

The Federal Grand Jury charges:

### COUNT 1
### (Unlawful Possession of a Machine Gun)

On or about February 8, 2019, in Oklahoma City, Oklahoma, in the Western District of Oklahoma,

------------------------------------- **COLTEN RAY ROGERS** -----------------------------------

knowingly possessed and transferred a machine gun, as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b). Specifically, **COLTEN RAY ROGERS** knowingly possessed and transferred a Glock conversion switch, that is, a part designed and intended solely and exclusively, or a combination of parts designed and intended, for use in converting a weapon into a machine gun.

All in violation of Title 18, United States Code, Section 922(o), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## COUNT 2
### (Possession of an Unregistered Firearm – Silencer)

On or about May 30, 2019, in Oklahoma City, Oklahoma, in the Western District of Oklahoma,

------------------------------------ **COLTEN RAY ROGERS** ------------------------------------

knowingly possessed a silencer, and this silencer was not registered to defendant in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d), the penalty for which is found at Title 26, United States Code, Section 5871.

## FORFEITURE

The allegations contained in this Superseding Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offenses alleged in Counts 1 and 2 of this Superseding Indictment, **COLTEN RAY ROGERS** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense. The property subject to forfeiture includes, but is not limited to a Glock conversion switch and the silencer.

All pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

TIMOTHY J. DOWNING
United States Attorney

WILSON D. McGARRY
Assistant United States Attorney